# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

No. 21-2014V

|  |  |
|---|---|
| TERESA KNOWLES,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>      Respondent. | Chief Special Master Corcoran<br><br>Filed: August 13, 2025 |

*Todd Rayan, Althauser Rayan Abbarno, LLP, Centralia, WA,* for Petitioner.

*Debra A. Filteau Begley, U.S. Department of Justice, Washington, DC,* for Respondent.

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On October 13, 2021, Teresa Knowles filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered from Guillain-Barré syndrome after receiving an influenza vaccination on October 4, 2018. Petition, ECF No. 1. On March 22, 2024, I issued a decision awarding compensation to Petitioner based on the Respondent's proffer. ECF No. 36.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $17,161.81 (representing $11,200.00 in fees plus $5,961.81 in costs). Application for Fees and Costs ("Motion") filed October 18, 2024. ECF No. 39. Furthermore, Petitioner filed a signed statement representing that Petitioner incurred no personal out-of-pocket expenses. ECF No. 39 at 20. Respondent filed no response thereafter.

I have reviewed the billing records submitted with Petitioner's request. Petitioner has requested the following hourly rates for work performed by attorney Todd Rayan: $350.00 for time billed in 2019-2021 and $375.00 for time billed in 2022-24. Attorney Rayan represents that he was admitted to the state bar of Washington in 2003 and admitted to this Court in 2021. ECF No. 39 at 2. I find these proposed rates reasonable and shall be adopted. I also find the paralegal rates requested herein ($100.00 - $125.00) to be reasonable.

Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 39 at 8-20. Respondent offered no specific objection to the rates or amounts. I find the requested costs reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. I award a total of **$17,161.81 (representing $11,200.00 in fees plus $5,961.81 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this Decision.[3]

**IT IS SO ORDERED.**

s/Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.